UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SUSAN CALLAGHAN**, individual and on behalf of all those similarly situated,

    Plaintiff,                                      Case No: 6:19-cv-1633-Orl-78LRH

vs.

**TRAVELERS COMMERCIAL INSURANCE COMPANY**,

    Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

  __X__ IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

Plaintiff asserts that the case below raises a few of (but not the majority of) the issues raised in this case. Furthermore, although the case below names a number of Travelers entities as defendants, it does <u>not</u> name as a defendant, Travelers Commercial Insurance Company, the defendant in this case.

- *R-Devie, Inc. et al v. The Travelers Companies, Inc et al, 6:19-cv-01050-WWB-LR,* pending in the United States District Court, Middle District of Florida, filed June 06, 2019.

  ____ IS NOT    related to any pending or closed civil or criminal case(s) previously filed with this Court, or any other Federal or State court, or administrative agency.

**Callaghan v. Travelers Commercial Insurance Company – Class Action**
**USDC Civil Case No.: 6:19-cv-01633-WBB-LRH**
**- Notice of Pendency of Other Actions**

Page 1 of 3

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: September 18, 2019

Respectfully Submitted,

*/s/     Craig E. Rothburd*
Craig E. Rothburd, Esquire FBN 49182
CRAIG E. ROTHBURD, P.A.
Primary Email:        craig@rothburdpa.com
Secondary Email:     maria@rothburdpa.com
320 W. Kennedy Blvd., Suite 700
Tampa, FL 33606
Telephone: (813) 251-8800

and

Scott R. Jeeves, Esquire FBN 0905630
Primary Email: sjeeves@jeeveslawgroup.com
Secondary Email: khill@jeeveslawgroup.com
rmandel@jeevesmandellawgroup.com
**THE JEEVES LAW GROUP, P.A**.
954 First Avenue North
St. Petersburg, FL 33705
Telephone: (727) 894-2929

and

Casim Adam Neff, Esquire FBN 94030
**Neff Insurance Law, PLLC**
P.O. Box 15063
St. Petersburg, FL 33733-5063
Telephone: (727) 342-0617
Primary: cneff@neffinsurancelaw.com

and

Alec H. Schultz, Esq. FBN 35022
**LEÓN COSGROVE, LLP**
255 Alhambra Circle, Suite 800
Coral Gables, FL 33134
Telephone: (305) 740-1975
Primary: aschultz@leoncosgrove.com

and

**Callaghan v. Travelers Commercial Insurance Company – Class Action**
**USDC Civil Case No.:  6:19-cv-01633-WBB-LRH**
 **- Notice of Pendency of Other Actions**

Page 2 of 3

Edward H. Zebersky, Esq. FBN 0908370
Mark S. Fistos, Esq. FBN 909191
**ZEBERSKY PAYNE, LLP**
110 S.E. 6th Street, Suite 210
Ft. Lauderdale, FL 33301
Telephone: (954) 989-6333
Primary: ezebersky@zpllp.com;
mfistos@zpllp.com; ndiaz@zpllp.com

and

Kenneth W. DeJean (La. Bar Roll No. 4817)
417 W. University Avenue (70506)
Post Office Box 4325
Lafayette, Louisiana 70502
Tel: (337) 235-5294
Fax: (337) 235-1095
kwdejean@kwdejean.com

**Attorneys for Plaintiff and the Class**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this 18th day of September 2019, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system that will send a notice of electronic filing to:

Kyle A. Diamantas, Esq.
kdiamantas@bakerdonelson.com
Hal Kemp Litchford
hlitchford@bakerdonelson.com
**Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**
Ste 2900
200 S Orange Ave
Orlando, FL 32801
407/422-6600
Fax:407/422-6600

/s/Craig E. Rothburd_____

**Callaghan v. Travelers Commercial Insurance Company – Class Action**
**USDC Civil Case No.: 6:19-cv-01633-WBB-LRH**
 - Notice of Pendency of Other Actions

Page 3 of 3